UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETHANY SCHUSTER,<br>　　Plaintiff, | CIVIL ACTION NO.<br>3:26-cv-247 |
| v. | |
| LIBERTY BANK,<br>　　Defendant. | FEBRUARY 18, 2026 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the defendant Liberty Bank ("Liberty Bank"), respectfully petitions this court as follows:

1. Plaintiff initiated this action in the Superior Court for the State of Connecticut, Judicial District of Middlesex, titled *Bethany Schuster v. Liberty Bank*, Docket No. MMX-CV26-6048433-S (the "State Court Action"). A copy of the Summons and Complaint as served are attached as **Exhibit A**.

2. The Summons and Complaint were served on Liberty Bank on January 20, 2026. This Petition is being filed pursuant to 28 U.S.C. § 1446 (b), within thirty (30) days of receipt by Defendant of service; the time for filing this petition has not expired.

3. The Complaint creates federal question jurisdiction in this Court by invoking federal statutes. Count One, for example, asserts a claim for alleged interference in violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2612 *et seq.* (Exhibit A.) Count Two asserts a claim for purported FMLA retaliation. (Exhibit A.) Removal is therefore proper.

4.  Defendant has not served an Answer or other responsive pleadings to the Complaint in the State Court Action. There have been no proceedings in the State Court Action other than the filing of the Summons, Complaint, and Return of Service. A copy of the docket sheet is attached as **Exhibit B**.

5.  Venue is proper pursuant to 28 U.S.C. § 1391.

6.  Pursuant to 28 U.S.C. § 1446(d), Liberty Bank has on this date notified the Superior Court of the State of Connecticut of the filing of this Petition. A copy of the Notice of Removal to be filed in Superior Court on this date is attached hereto as **Exhibit C.**

WHEREFORE, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Liberty Bank hereby respectfully requests that this action be removed from the Superior Court of the State of Connecticut and henceforth proceed in this Court.

DEFENDANT,
LIBERTY BANK

By */s/ James M. Sconzo*
James M. Sconzo (ct04571)
CARLTON FIELDS, P.A. P.C.
1 State Street, Suite 1800
Hartford CT 06103
Tel.: 860-392-5000
Fax: 860-392-5058
Email: jsconzo@carltonfields.com

*Counsel for Liberty Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2026, the foregoing was electronically filed with the Clerk of the United States Court for the District of Connecticut, using the Court's CM/ECF system which will automatically serve all counsel of record via electronic delivery, and upon the below-named counsel by mailing a hard copy via First Class U.S. Mail and electronically mailing a copy as follows:

Matthew D. Paradisi
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: 860-296-3457
Fax: 860-296-0676
mparadisi@cicchielloesq.com

*/s/ James M. Sconzo*
James M. Sconzo